# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| RICHARD DENNIS, MICHAEL GLASS, and PORT 22, LLC, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> THE ANDERSONS, INC., CARGILL, INCORPORATED, and JOHN/JANE DOES NOS. 1-50 <br><br> Defendants. | Case No.: 1:20-cv-04090 <br><br> Honorable Robert W. Gettleman <br><br> Magistrate Judge Keri L. Holleb Hotaling |

**PLAINTIFFS' MOTION TO EXCLUDE
THE TESTIMONY OF PROFESSOR JUSTIN McCRARY**

Plaintiffs Richard Dennis, Michael Glass, and Port 22, LLC (collectively, "Plaintiffs"), through their counsel, respectfully move the Court to enter an order excluding the opinions and testimony of Professor Justin McCrary pursuant to Federal Rule of Evidence 702 and *Daubert v. Merrell Dow Pharm., Inc.*, 509 U.S. 579 (1993). In support of this motion, Plaintiffs submit the accompanying Memorandum and Declaration of Raymond P. Girnys with supporting Exhibits.

Date: March 27, 2024

| | |
|---|---|
| **LOWEY DANNENBERG, P.C.** | **KIRBY McINERNEY LLP** |
| */s/ Raymond Girnys* | */s/ Anthony Maneiro* |
| Vincent Briganti (*pro hac vice*) | Anthony F. Fata |
| Raymond P. Girnys (*pro hac vice*) | Anthony E. Maneiro |
| Noelle Forde (*pro hac vice*) | 211 West Wacker Drive, Suite 550 |
| Charles Kopel (*pro hac vice*) | Chicago, IL 60606 |
| 44 South Broadway | Tel.: (312) 767-5180 |
| White Plains, New York 10601 | Email: afata@kmllp.com |
| Tel: (914) 997-0500 | amaneiro@kmllp.com |
| Email: vbriganti@lowey.com | |
| rgirnys@lowey.com | David E. Kovel (*pro hac vice*) |
| nforde@lowey.com | Karen M. Lerner (*pro hac vice*) |
| ckopel@lowey.com | 250 Park Avenue, Suite 820 |
| | New York, NY 10177 |
| | Tel.: (212) 371-6600 |
| | dkovel@kmllp.com |
| | klerner@kmllp.com |

## CERTIFICATE OF SERVICE

    I hereby certify that on March 27, 2024, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*/s/ Raymond Girnys*
Raymond Girnys
