# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.2
### Eastern Division

Richard Dennis, et al.

                         Plaintiff,

v.                                                       Case No.: 1:20−cv−04090
                                                              Honorable Robert W. Gettleman

The Andersons Inc., et al.

                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, October 7, 2024:

       MINUTE entry before the Honorable Keri L. Holleb Hotaling: For the reasons stated in the accompanying Memorandum Opinion and Order, Plaintiffs' motion to exclude the testimony of Professor Justin McCrary [Dkt. 150] is denied, and Defendants'; motion to exclude the testimony of Dr. Craig Pirrong [Dkt. 143] is granted in part and denied in part. Defendants' motion [Dkt. 143] is granted only to the extent that Dr. Pirrong's legal conclusions and opinions as to state of mind identified in the memorandum opinion and order will be excluded; the motion is otherwise denied. Enter Memorandum Opinion and Order. (rbf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.